Craig S. Summers (SBN 108688)
craig.summers@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian W. Brokate (*Pro Hac Vice*)
bwbrokate@gibney.com
Beth M. Frenchman (*Pro Hac Vice*)
bfrenchman@gibney.com
Jeffrey E. Dupler (*Pro Hac Vice*)
jdupler@gibney.com
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Avenue
New York, New York 10022
Phone: (212) 688-5151
Facsimile: (212) 688-8315

Attorneys for Plaintiff
ROLEX WATCH U.S.A., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> WATCH EMPIRE LLC, et al., <br><br> Defendants. | Case No. CV13-09221 SJO (FFMx) <br><br> **NOTICE OF AND STIPULATION REGARDING SATISFACTION OF MONETARY JUDGMENT AGAINST DEFENDANTS** <br><br><br> Honorable S. James Otero |

1  Leonard Steiner (SBN 135272)
   ls@steinerlibo.com
2  STEINER & LIBO, Professional Corporation
3  433 North Camden Drive, Suite 730
   Beverly Hills, CA 90210-4411
4  Phone: (310) 273-7778
5  Facsimile: (310) 273-7679
   Attorneys for Defendants
6  MICHAEL DAVIDI and ILANA COHANIM
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, a Final Judgment (Dkt. No. 188) was entered in the above entitled action in favor of plaintiff Rolex Watch U.S.A., Inc. ("Rolex"), and against, defendants Watch Empire LLC d/b/a Time and Gems, Horological Appraisal Group, Michael Davidi, and Ilana Cohanim (collectively referred to herein as "Defendants"), in the amount of $5,103,600.00.

WHEREAS, Rolex hereby gives notice of and acknowledges, the full satisfaction by Defendants of the $5,103,600.00 monetary portion of the Final Judgment.

IT IS HEREBY STIPULATED that all of the parties agree that the remaining parts of the Final Judgment, including, but not limited to, all injunctive language, shall remain in full force and effect.

A [Proposed] Order with respect to this satisfaction of judgment is being filed herewith.

Agreed and respectfully submitted,

Dated: May 15, 2020

MICHAEL DAVIDI

By: _____
Michael Davidi

Dated: May 15, 2020

ILANA COHANIM

By: _____
Ilana Cohanim

Dated: May 15, 2020

WATCH EMPIRE LLC D/B/A TIME AND GEMS, a California limited liability company

By: _____
Michael Davidi
Managing Member

| | |
|---|---|
| Dated: May 15, 2020 | HOROLOGICAL APPRAISAL GROUP<br><br>By: _____<br>Michael Davidi |
| Dated: May 15, 2020 | STEINER & LIBO, A Professional Corporation<br><br>By: _____<br>Leonard Steiner<br>Attorneys for Defendants,<br>MICHAEL DAVIDI AND ILANA COHANIM |
| Dated: August 26, 2020 | KNOBBE, MARTENS, OLSON & BEAR, LLP<br><br><br>By: Matt Bellinger<br>Craig S. Summers<br>Matthew S. Bellinger<br><br>GIBNEY ANTHONY & FLAHERTY, LLP<br>Brian W. Brokate<br>Beth M. Frenchman<br>Jeffrey E. Dupler<br><br>Attorneys for Plaintiff,<br>ROLEX WATCH U.S.A., INC. |

- 2 -