| | |
|---|---|
| 1 | Craig S. Summers (SBN 108688) |
|   | craig.summers@knobbe.com |
| 2 | Matthew S. Bellinger (SBN 222228) |
|   | matt.bellinger@knobbe.com |
| 3 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   | 2040 Main Street |
| 4 | Fourteenth Floor |
|   | Irvine, CA  92614 |
| 5 | Phone: (949) 760-0404 |
|   | Facsimile: (949) 760-9502 |
| 6 | |
|   | Brian W. Brokate (*Pro Hac Vice*) |
| 7 | bwbrokate@gibney.com |
|   | Beth M. Frenchman (*Pro Hac Vice*) |
| 8 | bfrenchman@gibney.com |
|   | Jeffrey E. Dupler (*Pro Hac Vice*) |
| 9 | jdupler@gibney.com |
|   | GIBNEY ANTHONY & FLAHERTY, LLP |
| 10 | 665 Fifth Avenue |
|   | New York, New York 10022 |
| 11 | Phone: (212) 688-5151 |
|   | Facsimile: (212) 688-8315 |
| 12 | |
|   | Attorneys for Plaintiff |
| 13 | ROLEX WATCH U.S.A., INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., | Case No. 2:13-CV-09221 SJO (FFM) |
| Plaintiff, | [PROPOSED] ORDER REGARDING NOTICE OF AND STIPULATION REGARDING SATISFACTION OF MONETARY JUDGMENT AGAINST DEFENDANTS  [272] |
| v. | |
| WATCH EMPIRE LLC, et al., | |
| Defendants. | |

    The Court, having considered the Notice of and Stipulation Regarding Satisfaction of Monetary Judgment Against Defendants, hereby ORDERS that the full satisfaction by Defendants Watch Empire LLC d/b/a Time and Gems, Horological Appraisal Group, Michael Davidi, and Ilana Cohanim of the $5,103,600.00 monetary portion of the Final Judgment previously entered by the Court in this matter (Dkt. No. 188) is hereby acknowledged. The remaining parts of the Final Judgment, including, but not limited to, all injunctive language, shall remain in full force and effect.

Dated: 8/28/2020   By: _____
United States District Judge
Hon. Philip S. Gutierrez, Chief Judge